# United States Bankruptcy Court
## Middle District of Tennessee

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle): **PRIME COLORANTS, INC.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **56-1096373** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **150 Alpha Drive** **Franklin, TN** ZIP Code **37064-3902** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Williamson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **PRIME COLORANTS, INC.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **PRIME COLORANTS, INC.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Timothy G. Niarhos**
Signature of Attorney for Debtor(s)

**Timothy G. Niarhos 014428**
Printed Name of Attorney for Debtor(s)

**Timothy G. Niarhos, Attorney at Law**
Firm Name

**321 29th Avenue North**
**Nashville, TN 37203**
_____
Address

**Email: tim@niarhos.com**
**615-320-1101  Fax: 615-320-1102**
Telephone Number

**December 13, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Endre Zonger**
Signature of Authorized Individual

**Endre Zonger**
Printed Name of Authorized Individual

**C.E.O.**
Title of Authorized Individual

**December 13, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **PRIME COLORANTS, INC.**                                                     Case No.
                                    Debtor(s)                                        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ed Honicker<br>3605 Cedar Ridge Rd<br>Columbia, TN 38401 | Ed Honicker<br>3605 Cedar Ridge Rd<br>Columbia, TN 38401 | | Contingent<br>Unliquidated | 843,000.00 |
| Regions Leasing<br>PO Box 11407<br>Birmingham, AL 35246-0557 | Regions Leasing<br>PO Box 11407<br>Birmingham, AL 35246-0557 | Leased Equipment:<br>NFM 58mm Extruder<br>JSW Twin screw extruder<br>Hockmeyer liquid drum mill with partical analyzer | | 319,774.53 |
| Crossroads/AEL Financial<br>600 N. Buffalo Grove Rd.<br>Buffalo Grove, IL 60089 | Crossroads/AEL Financial<br>600 N. Buffalo Grove Rd.<br>Buffalo Grove, IL 60089 | Leased Equipment:<br>(1) Gala for 58mm extruder<br>(4) Gravimetrix feeders<br>(1) Kason classifier | | 185,531.28 |
| Bank of America<br>305 West Big Beaver<br>Suite 400<br>Troy, MI 48084 | Bank of America<br>305 West Big Beaver<br>Suite 400<br>Troy, MI 48084 | Leased Equipment | | 184,033.70 |
| Fifth Third Leasing<br>P O Box 630756<br>Cincinnati, OH 45263-0756 | Fifth Third Leasing<br>P O Box 630756<br>Cincinnati, OH 45263-0756 | Leased Equipment:<br>41mm Extruder,<br>Lab scale | | 143,965.47 |
| Osterman Trading<br>2257 Paysphere Cir.<br>Chicago, IL 60674 | Osterman Trading<br>2257 Paysphere Cir.<br>Chicago, IL 60674 | | | 71,896.48 |
| Deeks & Co., Inc.<br>520 Central Ave<br>Nashville, TN 37211 | Deeks & Co., Inc.<br>520 Central Ave<br>Nashville, TN 37211 | | | 70,309.89 |
| Synovus Leasing<br>1124 Broadway<br>Columbus, GA 31901 | Synovus Leasing<br>1124 Broadway<br>Columbus, GA 31901 | Leased Equipment:<br>NFM Single screw extruder | | 64,169.00 |
| CIBA Specialty Chemicals<br>3 Skyline Dr.<br>Hawthorne, NY 10532 | CIBA Specialty Chemicals<br>3 Skyline Dr.<br>Hawthorne, NY 10532 | | | 45,226.72 |

B4 (Official Form 4) (12/07) - Cont.
In re   **PRIME COLORANTS, INC.**                                                        Case No. _____
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Sun Chemical Corp.**<br>**4526 Chickering Ave.**<br>**Cincinnati, OH 45232** | **Sun Chemical Corp.**<br>**4526 Chickering Ave.**<br>**Cincinnati, OH 45232** | | | **37,555.56** |
| **Marlin Leasing**<br>**3720 DaVinci Court**<br>**Suite 175**<br>**Norcross, GA 30092** | **Marlin Leasing**<br>**3720 DaVinci Court**<br>**Suite 175**<br>**Norcross, GA 30092** | **Leased Equipment: Syspro operating software** | | **37,484.16** |
| **Steer America, Inc.**<br>**1525 Corporate Woods Pkwy**<br>**Suite 500**<br>**Uniontown, OH 44685** | **Steer America, Inc.**<br>**1525 Corporate Woods Pkwy**<br>**Suite 500**<br>**Uniontown, OH 44685** | | | **23,511.00** |
| **Conway Southern Express**<br>**40 Nance Lane**<br>**Nashville, TN 37210** | **Conway Southern Express**<br>**40 Nance Lane**<br>**Nashville, TN 37210** | | | **22,833.71** |
| **United Color Manufacturing**<br>**PO Box 480**<br>**Newtown, PA 18940** | **United Color Manufacturing**<br>**PO Box 480**<br>**Newtown, PA 18940** | | | **18,200.00** |
| **DeLage Landen Financial Services**<br>**1111 Old Eagle School Rd.**<br>**Wayne, PA 19087** | **DeLage Landen Financial Services**<br>**1111 Old Eagle School Rd.**<br>**Wayne, PA 19087** | **Leased Equipment** | | **15,134.88** |
| **McCullough & Benton**<br>**PO Box 29803**<br>**Atlanta, GA 30359** | **McCullough & Benton**<br>**PO Box 29803**<br>**Atlanta, GA 30359** | | | **15,087.96** |
| **Keystone Aniline Corp.**<br>**2501 W. Fulton St.**<br>**Chicago, IL 60612** | **Keystone Aniline Corp.**<br>**2501 W. Fulton St.**<br>**Chicago, IL 60612** | | | **13,939.09** |
| **Custom Printing Ink**<br>**7109 Loblolly Pine Blvd.**<br>**Suite 101**<br>**Fairview, TN 37062** | **Custom Printing Ink**<br>**7109 Loblolly Pine Blvd.**<br>**Suite 101**<br>**Fairview, TN 37062** | | | **12,712.11** |
| **Polymer Partners, LLC**<br>**1450 Commonwealth Dr.**<br>**Henderson, KY 42420** | **Polymer Partners, LLC**<br>**1450 Commonwealth Dr.**<br>**Henderson, KY 42420** | | | **11,797.74** |
| **ENTEC Polymers, LLC**<br>**5655 Sandown Way**<br>**Manchester, TN 37355** | **ENTEC Polymers, LLC**<br>**5655 Sandown Way**<br>**Manchester, TN 37355** | | | **8,540.98** |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the C.E.O. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 13, 2009**            Signature  **/s/ Endre Zonger**
                                                  **Endre Zonger**
                                                  **C.E.O.**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

PRIME COLORANTS, INC.
150 ALPHA DRIVE
FRANKLIN TN 37064-3902

TIMOTHY G. NIARHOS
TIMOTHY G. NIARHOS, ATTORNEY AT LAW
321 29TH AVENUE NORTH
NASHVILLE, TN 37203

AAKASH CHEMICALS
561 MITCHELL RD.
GLENDALE HEIGHTS IL 60139

ABF FREIGHT SYSTEM, INC.
890 VISCO DRIVE
NASHVILLE TN 37210

AIRGAS SAFETY
PO BOX 951884
DALLAS TX 75395-1884

ALL PEST SOLUTIONS, INC.
108 CENTURY COURT
FRANKLIN TN 37064

AMERICAN PAPER & TWINE, CO.
7400 COCKRILL BEND BLVD.
NASHVILLE TN 37209

AMPACET CORP.
660 WHITE PLAINS RD.
TARRYTOWN NY 10591

ARCHWAY CHEMICAL
2327 HARBOR AVE
MEMPHIS TN 38113

ASSOCIATED BAG CO.
400 W. BODEN ST.
MILWAUKEE WI 53207

ASSURANT EMPLOYEE BENEFITS
2323 GRAND BLVD.
KANSAS CITY MO 64108

ATMOS ENERGY
PO BOX 90001949
LOUISVILLE KY 40290-1949

BANK OF AMERICA
305 WEST BIG BEAVER
SUITE 400
TROY MI 48084

BANK OF AMERICA VISA
PO BOX 15731
WILMINGTON DE 19886-5731

BANK OF NASHVILLE (CREDIT CARD)
PO BOX 23061
COLUMBUS GA 31902

BASF CORP.
100 CAMPUS DRIVE
FLORHAM PARK NJ 07932-1089

BMC METALWORKS, LLC
1116 NEW HIGHWAY 7
COLUMBIA TN 38401

BOY MACHINES, INC.
199 PHILIPS RD.
EXTON PA 19341

BRENNTAG SPECIALTIES, INC.
1000 COOLIDGE ST.
SOUTH PLAINFIELD NJ 07080

CADENCE BANK
PO BOX 1978
BRENTWOOD TN 37024-1978

CIBA SPECIALTY CHEMICALS
3 SKYLINE DR.
HAWTHORNE NY 10532

CINTAS
PO BOX 625737
CINCINNATI OH 45262

CINTAS DOCUMENT MANAGEMENT
1830 AIR LANE DRIVE
SUITE 6
NASHVILLE TN 37210-3817

CITY OF FRANKLIN - STORMWATER
109 3RD AVENUE SOUTH
FRANKLIN TN 37064

CLARIANT CORP.
3618 COLLECTION CENTER
CHICAGO IL 60693

COLONIAL LIFE
PO BOX 1365
COLUMBIA SC 29202-1365

CONCEPT TECHNOLOGY, INC.
1106 17TH AVE. SOUTH
NASHVILLE TN 37212

CONCORD COLOR DISTRIBUTION, LLC
8555 RAVENNA ROAD
CHARDON OH 44024

CONSECO INSURANCE CO.
P O BOX 223388
PITTSBURGH PA 15251-2388

CONTAINER RECYCLING, INC.
230 COCKRILL AVE.
DECATUR AL 35601

CONWAY SOUTHERN EXPRESS
40 NANCE LANE
NASHVILLE TN 37210

CORLEW LOGISTICS LP
PO BOX 937
WHITE BLUFF TN 37187

CROSSROADS/AEL FINANCIAL
600 N. BUFFALO GROVE RD.
BUFFALO GROVE IL 60089

CUSTOM PRINTING INK
7109 LOBLOLLY PINE BLVD.
SUITE 101
FAIRVIEW TN 37062

DAYGLO
4515 ST. CLAIR AVE.
CLEVELAND OH 44103

DEEKS & CO., INC.
520 CENTRAL AVE
NASHVILLE TN 37211

DELAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL RD.
WAYNE PA 19087

DELTA DENTAL OF TN
240 VENTURE CIR.
NASHVILLE TN 37228

DIGITEC, LLC
3522 CENTRAL PIKE
SUITE 211
HERMITAGE TN 37076

DISCOUNT PLUMBING & ELECTRIC
101 CENTURY CT.
FRANKLIN TN 37064

DMW EXPEDITE INC.
418 HARDING INDUSTRIAL DR.
NASHVILLE TN 37211

DOORS UNLIMITED OF TN
1741 W. MAIN ST.
FRANKLIN TN 37064

E&K SALES, INC.
14930 MARQUARDT AVE.
SANTA FE SPRINGS CA 90670

ED HONICKER
3605 CEDAR RIDGE RD
COLUMBIA TN 38401

ED SIMAL & ASSOC.
1356 MILLEDGE ST.
ATLANTA GA 30344

EMD CHEMICALS
7 SKYLINE DRIVE
HAWTHORNE NY 10532

ENTEC POLYMERS, LLC
5655 SANDOWN WAY
MANCHESTER TN 37355

ERNIE WILLIAMS
PO BOX 159264
NASHVILLE TN 37215

ETHOX CHEMICALS, LLC
PO BOX 5094
GREENVILLE SC 29606

FEDERAL EXPRESS
3875 AIRWAYS, MODULE H3
DEPARTMENT 4634
MEMPHIS TN 38116

FIFTH THIRD LEASING
P O BOX 630756
CINCINNATI OH 45263-0756

FLINT GROUP PIGMENTS & RESINS
305 RING RD.
ELIZABETHTOWN KY 42701

FORKLIFT SYSTEMS
884 ELM HILL PIKE
NASHVILLE TN 37210

GRAINGER
1938 ELM TREE DR.
NASHVILLE TN 37210

GREIF
2000 LITHONIA INDUSTRIAL RD.
LITHONIA GA 30058

HARCROS CHEMICALS
1418 POPLAR LANE
NASHVILLE TN 37210

HARPETH TRUE VALUE HOME CENTER
203 DOWNS BLVD
FRANKLIN TN 37064

HASLER
PO BOX 3083
CEDAR RAPIDS IA 52406

HASLER FINANCIAL SERVICES
478 WHEELERS FARMS RD.
MILFORD CT 06461

KEYSTONE ANILINE CORP.
2501 W. FULTON ST.
CHICAGO IL 60612

LAFEVER TOOL CO.
PO BOX 157
CAMPAIGN TN 38550

LANCER DISPERSIONS, INC.
PO BOX 931573
CLEVELAND OH 44193

LANSCO COLORS
305 WEST GRAND AVE.
MONTVALE NJ 07645

LUBRIZOL ADVANCED
9911 BRECKSVILLE ROAD
BRECKSVILLE OH 44141

M&M INDUSTRIES
316 CORPORATE PLACE
CHATTANOOGA TN 37419

MAILSHIP TECHNOLOGY
2525 PERMITER PLACE DR.
SUITE 210
NASHVILLE TN 37214

MARATHON PETROLEUM CO.
PO BOX 740109
CINCINNATI OH 45274

MARLIN LEASING
3720 DAVINCI COURT
SUITE 175
NORCROSS GA 30092

MCCULLOUGH & BENTON
PO BOX 29803
ATLANTA GA 30359

MCMASTER-CARR SUPPLY CO.
PO BOX 7690
CHICAGO IL 60680-7690

MCVANTAGE PACKAGING, LLC
1650 REYNOLDS ROAD
NASHVILLE TN 37217

METRO LIFT PROPANE
500 MEIJER DR.
SUITE 200
FLORENCE KY 41042

MIDDLE TN ELECTRIC
PO BOX 681609
FRANKLIN TN 37068-1709

MILAN EXPRESS
825 VISCO DRIVE
NASHVILLE TN 37210

MILLIKEN & CO.
920 MILLIKEN ROAD
SPARTANBURG SC 29304

MODERN ELECTRICAL CONTRACTING
PO BOX 100316
NASHVILLE TN 37224-0316

MOTION INDUSTRIES
2614 BRICK CHURCH PIKE
NASHVILLE TN 37207

NASHVILLE BARREL AND DRUMS, INC.
7401 CROW CUT RD.
FAIRVIEW TN 37062

NORTHWESTERN SAFETY CO., INC.
PO BOX 4250
UTICA NY 13504

OSTERMAN TRADING
2257 PAYSPHERE CIR.
CHICAGO IL 60674

PADCO FINANCILA SERVICES
100 W. MONROE #706
CHICAGO IL 60603

PARAMOUNT COLORS, INC.
999 LEE STREET
ELK GROVE VILLAGE IL 60007

PAUL RESERVE LIFE INS. CO.
18 CHESTNUT STREET
WORCESTER MA 01608-1528

PHILLIP JONES
EVANS, JONES & REYNOLDS
401 COMMERCE STREET, SUITE 710
NASHVILLE TN 37219-0627

PHOENIX PLASTICS
5400 JEFFERSON CHEMICAL RD.
CONROE TX 77301

PINNACLE NATIONAL BANK
7651 HWY 70 SOUTH
NASHVILLE TN 37221

PLASTIC MATERIALS FOR INDUSTRY
4150 JVL INDUSTRIAL PARK DR.
MARIETTA GA 30066

POLYMER PARTNERS, LLC
1450 COMMONWEALTH DR.
HENDERSON KY 42420

PRE-PAID LEGAL SERVICES
ONE PRE-PAID WAY
ADA OK 74820

PYE-BARKER FIRE & SAFETY
17 LEWIS ST.
NASHVILLE TN 37210

QUICK METALS INDUSTRIAL KNIFE
240 N. B. ST.
HAMILTON OH 45013

REGIONS LEASING
PO BOX 11407
BIRMINGHAM AL 35246-0557

RUBI CHEM, INC.
PO BOX 1245
KENNEBUNK ME 04043

SAFETY-KLEEN SYSTEMS, INC.
5360 LEGACY DRIVE
PLANO TX 75024

SHANCO USA
1301 STATE ROUTE 36
HAZLET NJ 07730

SHEPHERD COLOR CO.
4539 DUES DR.
CINCINNATI OH 45246

SOUTHEASTERN TELECOM
PO BOX 292307
NASHVILLE TN 37229-2307

SPRINT DISTRIBUTION WAREHOUSE
PO BOX 100886
NASHVILLE TN 37224-0886

STAPLES
500 STAPLES DRIVE
FRAMINGHAM MA 01702

STEER AMERICA, INC.
1525 CORPORATE WOODS PKWY
SUITE 500
UNIONTOWN OH 44685

SUN CHEMICAL CORP.
4526 CHICKERING AVE.
CINCINNATI OH 45232

SUNBELT CORP.
PO BOX 2589
ROCK HILL SC 29732

SYNOVUS LEASING
1124 BROADWAY
COLUMBUS GA 31901

TED'S SPORTING GOODS
806 SOUTH MAIN ST.
COLUMBIA TN 38401

TH HILSON
1761 S. NAPERVILLE RD.
SUITE 100
WHEATON IL 60189

ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN IL 60085

UNITED COLOR MANUFACTURING
PO BOX 480
NEWTOWN PA 18940

UNITED PARCEL SERVICE
55 GLENLAKE PARKWAY, NE
ATLANTA GA 30328

UNIVAR
912 DASIEL ST.
MURFREESBORO TN 37129

UNUM LIFE INSURANCE CO.
1 FOUNTAIN SQ.
CHATTANOOGA TN 37402

VERIZON WIRELESS
PO BOX 105378
ATLANTA GA 30348

VOLUNTEER EXPRESS INC.
PO BOX 100886
NASHVILLE TN 37224-0886

WASTE MANAGEMENT
2555 MERIDAN BLVD.
SUITE 200
FRANKLIN TN 37067

WEDLAKE INDUSTRIES, LLC
220 INDUSTRIAL AVE.
HOHENWALD TN 38462

WELDING UNLIMITED INC.
120 CONFEDERATE DR.
FRANKLIN TN 37064